# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Plaintiffs 1-3 | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-2397 |
| City of New York | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs 1-3  .

Date:   05/01/2025

/s Anne Venhuizen
*Attorney's signature*

Anne Venhuizen; 4790416
*Printed name and bar number*

The Bronx Defenders
360 E. 161st Street
Bronx, NY 10451

*Address*

annev@bronxdefenders.org
*E-mail address*

(347) 842-1211
*Telephone number*

(718) 508-3482
*FAX number*